**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Joseph<br>First name<br><br>Middle name<br><br>Severino<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0434 |  |

Debtor 1    **Joseph Severino**                                               Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5. Where you live**

**1392 W. Old Mill Road**
**Lake Forest, IL 60045**
Number, Street, City, State & ZIP Code

**Lake**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Joseph Severino**

Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Joseph Severino**                                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Joseph Severino**

Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Joseph Severino**                                      Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Joseph Severino**

| | |
|---|---|
| **Joseph Severino** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Executed on | **January 24, 2022** | Executed on | |
|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY |

Debtor 1   **Joseph Severino** _____   Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ JOHN H. REDFIELD** _____   Date   **January 24, 2022**
Signature of Attorney for Debtor                              MM / DD / YYYY

**JOHN H. REDFIELD**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**          Email address   **jredfield@cranesimon.com**

**2298090 IL**
Bar number & State

---

Debtor 1    **Joseph Severino**                                  Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Joseph Severino** | _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on    **January 24, 2022**          Executed on    _____

MM / DD / YYYY                                        MM / DD / YYYY

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph Severino** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**   **ABT c/o Synchrony Bank**
**150 Corporate Blvd.**
**Norfolk, VA 23502**

What is the nature of the claim?   _____   **$1,369.00**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____
_____
Contact
_____
Contact phone

Does the creditor have a lien on your property?
■   No
☐   Yes. Total claim (secured and unsecured)
          Value of security:          - _____
          Unsecured claim               _____

**2**   **Alfredo Trejo c/o**
**Timothy M. Nolan Attorney at**
**Law**
**53 West Monroe, Ste. 1137**
**Chicago, IL 60604**

What is the nature of the claim?   **Judgment**   **$19,540.30**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____
_____
Contact
_____
Contact phone

Does the creditor have a lien on your property?
■   No
☐   Yes. Total claim (secured and unsecured)
          Value of security:          - _____
          Unsecured claim               _____

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Joseph Severino** | Case number *(if known)* | |

---

**3**

**Ally Financial**
**200 Renaissance Center #B0**
**Detroit, MI 48243**

What is the nature of the claim?    **2016 GMC Yukon**    $11,588.00
**70,000 miles**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $11,588.00
  Value of security:    - $0.00
  Unsecured claim    $11,588.00

Contact

Contact phone

---

**4**

**Andre Perez c/o**
**Timothy M. Nolan Attorney at Law**
**53 West Monroe, Ste. 1137**
**Chicago, IL 60604**

What is the nature of the claim?    **Judgment**    $33,467.23

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**5**

**Capital One**
**PO Box 31293**
**Salt Lake City, UT 84131**

What is the nature of the claim?    $1,432.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**6**

**Capital One Buy Power**
**PO Box 31293**
**Salt Lake City, UT 84131**

What is the nature of the claim?    $5,513.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joseph Severino**                                    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Contact    _____
Contact phone    _____    Value of security:    - _____
    Unsecured claim    _____

---

**7**    **Capital One Buy Power**    What is the nature of the claim?    _____    **$5,184.68**
PO Box 31293
Salt Lake City, UT 84131    **As of the date you file, the claim is:** Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    ■ None of the above apply

    **Does the creditor have a lien on your property?**

    ■ No
    ☐ Yes. Total claim (secured and unsecured)
Contact    _____
Contact phone    _____    Value of security:    - _____
    Unsecured claim    _____

---

**8**    **Capital One Platinum**    What is the nature of the claim?    _____    **$1,305.00**
PO Box 31293
Salt Lake City, UT 84131    **As of the date you file, the claim is:** Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    ■ None of the above apply

    **Does the creditor have a lien on your property?**

    ■ No
    ☐ Yes. Total claim (secured and unsecured)
Contact    _____
Contact phone    _____    Value of security:    - _____
    Unsecured claim    _____

---

**9**    **Capital One Spark**    What is the nature of the claim?    _____    **$2,140.00**
PO Box 31293
Salt Lake City, UT 84131    **As of the date you file, the claim is:** Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    ■ None of the above apply

    **Does the creditor have a lien on your property?**

    ■ No
    ☐ Yes. Total claim (secured and unsecured)
Contact    _____
Contact phone    _____    Value of security:    - _____
    Unsecured claim    _____

---

**10**    **Chase Ink**    What is the nature of the claim?    _____    **$4,514.00**
PO Box 15369
Wilmington, DE 19850    **As of the date you file, the claim is:** Check all that apply
    ☐ Contingent

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Joseph Severino**                          Case number *(if known)* _____

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    - _____
   Unsecured claim                         _____

Contact _____

Contact phone _____

---

**11**

**Citibank Advantage**
P.O. Box 6241
Sioux Falls, SD 57117-6241

**What is the nature of the claim?** _____   **$9,391.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    - _____
   Unsecured claim                         _____

Contact _____

Contact phone _____

---

**12**

**Citibank Doublecash**
PO Box 6241
Sioux Falls, SD 57117

**What is the nature of the claim?** _____   **$4,962.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    - _____
   Unsecured claim                         _____

Contact _____

Contact phone _____

---

**13**

**Comenity Bank**
PO Box 18278
Columbus, OH 43218

**What is the nature of the claim?**   **Financed purchase from Arhaus**   **$3,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    - _____
   Unsecured claim                         _____

Contact _____

Contact phone _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Joseph Severino**                                    Case number *(if known)* _____

---

**14**    **Illinois Department of Revenue**
PO Box 64338
Chicago, IL 60664-0338

What is the nature of the claim?  _____  **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:    - _____
   Unsecured claim       _____

Contact _____

Contact phone _____

---

**15**    **Inland Management**
c/o Dickinson & Wright
55 W. Monroe St., Suite 1200
Chicago, IL 60603

What is the nature of the claim?  _____  **$715,000.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **$715,000.00**
   Value of security:    - **$0.00**
   Unsecured claim       **$715,000.00**

Contact _____

Contact phone _____

---

**16**    **Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?  _____  **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:    - _____
   Unsecured claim       _____

Contact _____

Contact phone _____

---

**17**    **Jose Najera c/o Timothy M. Nolan**
**Attorney at Law**
53 West Monroe, Ste. 1137
Chicago, IL 60604

What is the nature of the claim?  **Judgment**  **$36,114.61**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    __Joseph Severino__                                    Case number *(if known)* _____

|  | ■ No |
|  | ☐ Yes. Total claim (secured and unsecured) |

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                        _____

---

| **18** | **One Main Financial** | **What is the nature of the claim?** _____ | **$16,117.00** |

PO Box 1010
Evansville, IN 47706

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                        _____

---

| **19** | **TCF Bank** | **What is the nature of the claim?** _____ | **$4,000.00** |

**Corp. Headquarters**
**2508 South Louise Avenue**
**Sioux Falls, SD 57106**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                        _____

---

| **20** | **US Bank** | **What is the nature of the claim?** _____ | **$2,500.00** |

**8500 W Dempster**
**Niles, IL 60714**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                        _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X __/s/ Joseph Severino__                                    X _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Joseph Severino** | Case number *(if known)* | |

**Joseph Severino**
Signature of Debtor 1

Signature of Debtor 2

Date   **January 24, 2022**

Date

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Joseph Severino**                              Case number *(if known)* _____

| | |
|---|---|
| ■ No | |
| ☐ Yes. Total claim (secured and unsecured) | |
| Contact | Value of security: - _____ |
| Contact phone | Unsecured claim _____ |

---

**18**

**One Main Financial**
**PO Box 1010**
**Evansville, IN 47706**

**What is the nature of the claim?** _____    $16,117.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact                   Value of security: - _____
Contact phone             Unsecured claim _____

---

**19**

**TCF Bank**
**Corp. Headquarters**
**2508 South Louise Avenue**
**Sioux Falls, SD 57106**

**What is the nature of the claim?** _____    $4,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact                   Value of security: - _____
Contact phone             Unsecured claim _____

---

**20**

**US Bank**
**8500 W Dempster**
**Niles, IL 60714**

**What is the nature of the claim?** _____    $2,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact                   Value of security: - _____
Contact phone             Unsecured claim _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____              X _____

B 104 (Official Form 104)              For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims              Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Severino** _____   Case No. _____
                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 24, 2022** _____        **/s/ JOHN H. REDFIELD** _____
*Date*                                              **JOHN H. REDFIELD**
                                                    *Signature of Attorney*
                                                    **Crane, Simon, Clar & Goodman**
                                                    **Suite 3950**
                                                    **135 South LaSalle Street**
                                                    **Chicago, IL 60603-4297**
                                                    **312-641-6777  Fax: 312-641-7114**
                                                    **jredfield@cranesimon.com**
                                                    *Name of law firm*

---

**LAW OFFICES**
**CRANE, SIMON, CLAR & GOODMAN**

**ARTHUR G. SIMON**
**SCOTT R. CLAR**
**KAREN R. GOODMAN**

**JACOB COMROV**

**EUGENE CRANE, OF COUNSEL**
**JOHN H. REDFIELD, OF COUNSEL**

**135 S. LA SALLE STREET**
**SUITE 3950**
**CHICAGO, ILLINOIS 60603-4297**
**TEL: 312-641-6777**
**FAX: 312-641-7114**
**WWW.CRANESIMON.COM**

**GLENN R. HEYMAN (RETIRED)**

January 17, 2022

via email: js@sevstarinvestments.com
Joseph Severino
1392 W. Old Mill Road
Lake Forest, IL 60045

Re:     <u>**Chapter 11, Subchapter V Retainer for Joseph Severino ("Debtor")**</u>

Dear Mr. Severino:

This letter is intended to confirm the agreement reached with the Debtor concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") in connection with the representation of the Debtor in a Chapter 11, Subchapter V bankruptcy proceeding.  After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

The Debtor has agreed to cause CSCG to be paid the sum of $11,738.00 as an advance payment retainer for this engagement.  In consideration of the payment of this retainer, CSCG agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CSCG has been retained. Unless otherwise billed directly to the Debtor, any costs incurred during our representation shall be subject to reimbursement from the Debtor.

This retainer will not be held in the client trust account of CSCG, and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. This retainer is the property of CSCG and the Debtor retains no legal or equitable interest in the retainer.  In the event that the legal services and expenses incurred exceed this retainer, it is understood that CSCG shall be entitled to additional monies to account for the difference. However, it is also understood that the Debtor shall be entitled to a refund of the retainer to the extent that it is unused.

It is understood that due to the nature of the representation and the substantial risk to CSCG that CSCG may receive no further fees, CSCG is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCG was the Debtor's choice, after consideration of other retainer options. The Debtor acknowledges that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is exhausted, and that the

CRANE, SIMON, CLAR & GOODMAN
Page 2

advantage to the Debtor of such a retainer is that it provides such assurance by reducing the risk of creditor attachment, and without the necessity of seeking any court and/or creditor approval with respect to same. CSCG will commence its representation of the Debtor upon payment of this advance payment retainer.

For your information the current hourly rates for CSCG are as follows:

| | |
|---|---|
| Arthur G. Simon.......................... | $520 |
| Scott R. Clar................................. | $520 |
| Karen R. Goodman…………….. | $520 |
| Eugene Crane (of counsel)............ | $520 |
| John H. Redfield (of counsel)…... | $450 |
| Jacob Comrov (associate)………. | $350 |

The above hourly rates are subject to change on January 1 of each year.  The Debtor will be charged the hourly rates in existence at the time of billing by CSCG.

Please sign and return this letter to me as soon as possible.  Thank you for the opportunity to be of service.  We look forward to a successful relationship with the Debtor.

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN


*John H. Redfield/sll*

**AGREED, ACCEPTED AND UNDERSTOOD:**

_____
    Joseph Severino

JHR/sll

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Severino**                                                                Case No.
                                        Debtor(s)              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **25**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 24, 2022**                         **/s/ Joseph Severino**
                                                     **Joseph Severino**
                                                     Signature of Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph Severino** _____    Case No. _____

                                                     Debtor(s)    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ **25**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 24, 2022** _____        _/s/ Joseph Severino_____

                                                                 **Joseph Severino**
                                                                 Signature of Debtor

ABT c/o Synchrony Bank
150 Corporate Blvd.
Norfolk, VA 23502

Credit Union 1 c/o Cash
PO Document
Sioux Falls, SD 57117

Santander
PO Box 961245
Fort Worth, TX 76161

.

Alfredo Trejo c/o
Timothy M. Nolan Attorney at Law
53 West Monroe, Ste. 1137
Chicago, IL 60604

Comenity Bank
PO Box 18278
Columbus, OH 43218

TCF Bank
Corp. Headquarters
2508 South Louise Avenue
Sioux Falls, SD 57106

Ally Financial
200 Renaissance Center #B0
Detroit, MI 48243

Dickinson & Wright
55 W. Monroe St.
Suite 1200
Chicago, IL 60603

Timothy M. Nolan
Attorney at Law
53 West Monroe, Ste. 1137
Chicago, IL 60604

Andre Perez c/o
Timothy M. Nolan Attorney at Law
53 West Monroe, Ste. 1137
Chicago, IL 60604

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

US Bank
8500 W Dempster
Niles, IL 60714

Capital One
PO Box 31293
Salt Lake City, UT 84131

Inland Management
c/o Dickinson & Wright
55 W. Monroe St., Suite 1200
Chicago, IL 60603

Wintrust
9700 W Higgins Rd Ste 300,
Rosemont, IL 60018

Capital One Buy Power
PO Box 31293
Salt Lake City, UT 84131

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Capital One Platinum
PO Box 31293
Salt Lake City, UT 84131

Jackie Urbano c/o William Hackney
SmithAmundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601

Capital One Spark
PO Box 31293
Salt Lake City, UT 84131

Jose Najera c/o Timothy M. Nolan
Attorney at Law
53 West Monroe, Ste. 1137
Chicago, IL 60604

Chase Ink
PO Box 15369
Wilmington, DE 19850

One Main Financial
PO Box 1010
Evansville, IN 47706

Citibank Advantage
P.O. Box 6241
Sioux Falls, SD 57117-6241

Rachel Stearn Sandler
53 W Jackson Blvd #1442
Chicago, IL 60604