**Fill in this information to identify the case:**

Debtor 1 __Joseph Severino__
Debtor 2 _____
(Spouse, if filing)
United States Bankruptcy Court __Northern District of Illinois__
Case number: __22-00769__

FILED
U.S. Bankruptcy Court
Northern District of Illinois

4/1/2022

Jeffrey P. Allsteadt, Clerk

Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Jacquie Urbano and John Urbano<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Jacquie Urbano and John Urbano<br>Name<br>William S. Hackney<br>SmithAmundsen LLC<br>150 North Michigan Ave., Suite 3300<br>Chicago, IL 60601<br><br>Contact phone __312-894-3370__<br>Contact email __whackney@salawus.com__<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | **Where should payments to the creditor be sent?** (if different)<br>_____<br>Name<br><br><br><br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/_____<br>                                                                                       MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                                  Proof of Claim                                  page 1

EXHIBIT
1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $ 719493.03  Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Money loaned secured by real property. |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** Recorded Mortgage<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ 1300000.00<br>**Amount of the claim that is secured:** $ 719493.03<br>**Amount of the claim that is unsecured:** $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 719493.03<br><br>**Annual Interest Rate** (when case was filed) 17.45 %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410  Proof of Claim  page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    4/1/2022
                    MM / DD / YYYY

/s/ /s/ William S. Hackney

Signature

Print the name of the person who is completing and signing this claim:

Name    /s/ William S. Hackney
         First name    Middle name    Last name

Title    Attorney

Company    SmithAmundsen LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address    150 North Michigan Ave., Suite 3300
            Number    Street
            Chicago, IL 60601
            City    State    ZIP Code

Contact phone    312-894-3370    Email    whackney@salawus.com

# Exhibit A

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

- Case number: 22-B-00769
- Debtor 1: Joseph Serrano
- Debtor 2: 
- Last 4 digits to identify: 
- Creditor: Jacque & John Urbano
- Servicer: N/A
- Fixed accrual/daily simple interest/other: 

## Part 2: Total Debt Calculation

- Principal balance: 500,000.00
- Interest due: 203,000.00   3/1/20xx 26,698.51
- Fees, costs due: 
- Escrow deficiency for funds advanced: 0.00
- Less total funds on hand: —
- Total debt: 729,698.51

## Part 3: Arrearage as of Date of the Petition

- Principal & interest due: 692,794.52
- Prepetition fees due: 26,698.51
- Escrow deficiency for funds advanced: 0.00
- Projected escrow shortage: N/A
- Less funds on hand: 
- Total prepetition arrearage: 719,493.03

## Part 4: Monthly Mortgage Payment

- Principal & interest: 0.00
- Monthly escrow: 0.00
- Private mortgage insurance: 0.00
- Total monthly payment: N/A

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | Account Activity | | | | F. Contractual due date | G. Prin, int & esc past due balance | How Funds Were Applied/Amount Incurred | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | C. Funds received | D. Amount incurred | E. Description | | | | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees/Charges balance | Q. Unapplied funds balance |
| 6/5/20 | | | | | | | | | | | | | | | | |

Official Form 410A    Mortgage Proof of Claim Attachment    page 1 of 7

Promissory Note for a New Jersey Loan

THIS IS AN ORIGINAL NOTE dated March 3, 2020, WHEREIN THE PRIOR ORIGINAL SECURED NOTE dated January 9, 2020, by the same parties listed below IS MERGED INTO THIS DOCUMENT and is no longer in effect once this document is fully executed with the required mortgage. ADDITIONAL FUNDS IN THE AMOUNT OF $150,000.00 are being provided to the stated borrower and the full amount due and owing is now totaled on this Note on this day in the amount of Five Hundred Thousand $500,000.00 plus the agreed interest of $50,000.00

On this date of March 3, 2020, for valuable consideration received, the undersigned borrower,

Joseph Severino,
721 Oriole Ave.,
Park Ridge, IL  60068;

Promises to pay under and in accordance with New Jersey Law to the lender:

Jacquie Urbano and John Urbano, husband and wife
8 Breeze Knoll Drive
Westfield, NJ  07090

Five Hundred Thousand Dollars($350,000.00) together with a flat fee interest ten percent payment of Fifty Thousand Dollars ($50,000.00) on or before August 1, 2020 for a total payment of Five Hundred and Fifty Thousand dollars ( $$50,000.00) to the Lender: John Urbano and Jacquie Urbano.

TERMS OF REPAYMENT:

The loan repayment with with the stated interest payment will be made on or before August 1, 2020 to Jacquie Urbano and John Urbano by providing Certified Funds delivered to 8 Breeze Knoll Drive, Westfield, NJ 07090.
This promissory note is secure by a mortgage on the property located at and owned by Joseph Severino located at 1392 W. Old Mill Road, Lake Forest, IL  60045.

PAYABLE ON DEMAND:

This is notice and demand that the entire principal and stated interest is due on August 1, 2020. A condition of this loan will include proof of a Life Insurance Policy for the term of this loan, with in five days of completion of this loan, for the loan amount and the stated flat fee interest totaling to Five Hundred Thousand Dollars on the life of Joseph Severino with the beneficiaries of that life insurance policy to be Jacquie Urbano and John Urbano.

PLACE OF PAYMENT:

All payments due under this note shall be made at the address above or at such other place as the holder of this Note may designate in writing.
PREPAYMENT:

This Note can be prepaid in whole or in part at any time without penalty or cause any change in the payments due to the borrower.

DEFAULT:

In the event of default on August 1, 2020, the borrower agrees to pay all cost and expenses incurred by the Lender including but not limited to all attorney fees (including both hourly and contingent attorney fees permitted by New Jersey law) AND with a Eight thousand dollars ($8000) penalty per month for each month thereafter of non-performance. Additionally this property will be have a mortgage attached to the purchased property at:
1392 W. Old Mill Road, Lake Forest, IL 60045.

MODIFICATION:

No modification or waiver of any of the term of this Promissory Note shall be allowed unless by written by written agreement approved and singed by all parties. No waiver of any breach or default hereunder shall be deemed a waiver of any subsequent breach or default of the same or similar nature.

TRANSFER OF THIS NOTE:

This Note is not transferable and is secured by the property: 1392 W. Old Mill Road, Lake Forest, IL 60045.

SEVERABILITY OF PROVISIONS:

In the event that any portion of this Note is deemed unenforceable, all other provisions of this Note shall remain in full force and effect.

CHOICE OF LAW:

All terms and conditions of this Note shall be interpreted under the Laws of the State of New Jersey. By receiving the consideration of this note, the borrower agrees and does hereby submit to the service of process within the State of New Jersey.

SIGNED UNDER PENALTY OF PERJURY, this 3rd[th] day of March, 2020.

_____
Joseph Severino

Signed in the presence of:

Witness signs: _____
Witness prints name:

Please note: This document has been recorded electronically. This is the original.

Type: MTG
Recorded: 11/20/2020 3:54:21 PM
Fee Amt: $60.00 Page 1 of 5
Receipt#: 202000084357
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

File# 7719262

90030334

GREATER ILLINOIS TITLE COMPANY
300 East Roosevelt Road
Wheaton, Illinois 60187

*Mortgage for recording:*

*Property:*
*1394 W. Old Mill Road,*
*Lake Forrest, IL 60045*

*PIN: 16-07-301-080*

*Prepared by:*
*MANDY B. PEELER, ESQ.*
*745 Carleton Road*
*Westfield, NJ 07090*
*Cell: 908-803-1313*
*mandypeeleresq@aol.com*

File Number: 7719262    Page 1 of 5

Case 22-00769 Claim 19-1 Part 2 Filed 04/01/22 Desc Attachment 1 Page 6 of 6
Case 22-00769 Doc 55-1 Filed 07/11/22 Entered 07/11/22 15:07:29 Desc Exhibit 1 Page 9 of 9

p.2

900 30334 1,

GREATER ILLINOIS TITLE COMPANY
220 East Roosevelt Road
Wheaton, Illinois 60187

*Mortgage for recording:*

*Property:*
*1394 W. Old Mill Road,*
*Lake Forrest, Il 60045*

*PIN: 16-07-301-080*

*Prepared by:*
*MANDY B. PEELER, ESQ.*
*745 Carleton Road*
*Westfield, NJ 07090*
*Cell: 908-803-1313*
*mandypeeleresq@aol.com*