IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Sub Ch. V |
| | ) | |
| Joseph Severino, | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | |
| | ) | Case No.  22-00769 |

NOTICE OF FILING

TO:    ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on October 27, 2022, John H. Redfield and the law firm of Crane, Simon, Clar & Goodman, filed their **Administrative Proof of Claim**, a copy of which is attached hereto and herewith served upon you.

/s/John H. Redfield
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Ste. 3950
Chicago, Illinois 60603
(312) 641-6777

CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the above-referenced **Administrative Proof of Claim** to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) indicated) on the 27th day of October 2022. or via email (where indicated) on the 28th day of October, 2022.

/s/ John H. Redfield

SERVICE LIST

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Dawn R Copley**
dcopley@dickinsonwright.com

**Andrew H. Eres**
aeres@dickinsonwright.com

**William S Hackney, III**
whackney@salawus.com

**William B Avellone**
bill.avellone@charteredmgt.com

**Ariel Weissberg**
ariel@weissberglaw.com

Via Email
Joseph Severino