

Anthony Vega
Lake County Clerk

18 NORTH COUNTY STREET ROOM 101
WAUKEGAN, ILLINOIS 60085-4364
PHONE: 847-377-2404

# Estimate of Redemption
As of 12/05/2022
**Updated Estimate always available at tax.lakecountyil.gov**

| PIN: | 16-07-301-080 | | Tax Year Sold: | 2020 |
|---|---|---|---|---|
| | | | Taxes Sold To: | SCRIBE FUNDING LLC |
| | | | Date of Sale: | 12/06/2021 |
| Address: | 1392 W OLD MILL RD | | Interest Rate: | 0% every 6 months |
| | LAKE FOREST IL 60045 | | (Interest on subsequent taxes is 12% annually) | |

| Date | Charge | Taxes | Fees | Taxes + Fees | Interest | Taxes, Fees & Interest |
|---|---|---|---|---|---|---|
| 12/06/2021 | 2020- Taxes | 20,660.00 | 1,188.65 | 21,848.65 | 0.00 | 21,848.65 |
| 04/13/2022 | Legal Notice Fee | 0.00 | 18.33 | 18.33 | 0.00 | 18.33 |
| 09/28/2022 | 2021-1 Subsequent Taxes | 22,060.00 | 0.00 | 22,060.00 | 2,647.20 | 24,707.20 |
| | Subtotals | 42,720.00 | 1,206.98 | 43,926.98 | 2,647.20 | 46,574.18 |
| | | | | | Redemption Fee | 63.00 |
| | | | | | Total | 46,637.18 |

| | | |
|---|---|---|
| **Total to redeem:** | | $46,637.18 |
| **Next scheduled penalty change date*:** | | 12/06/2022 |
| **Last Date to Redeem:** | | 06/27/2024 |

Only acceptable forms of payment:
 * Cashier's Check
 * Bank certified check
 * Money Order
 * Cash
Payable to "Lake County Clerk"

**Mail or bring payment to:**
Lake County Clerk
Tax Redemption Dept
18 NORTH COUNTY STREET ROOM 101
WAUKEGAN, ILLINOIS 60085-4364

No partial payments or installments accepted. Do not combine with current taxes.

Questions? Call 847-377-2404

*This amount could change without notice as follows:

| Before 04/20/2022 | Legal Notice Fee of $18.33 may be added, if it has not been added already. |
| After September 15th of each year | That year's taxes may be added at 12% interest. You will no longer be able to pay that amount seperately (Also, see below). |
| After 12/26/2023 | Court fees and final notice costs may be added. In addition, that year's taxes may be added at 12% interest <u>at any time after this date, even if it's before September 15th.</u> |

12/05/2022 08:48 AM