## 1ST INSTALLMENT PAYMENT COUPON
### RETURN WITH PAYMENT

**LakeCounty**
From the Office of Holly Kim, Lake County Collector
Make Checks Payable to: LAKE COUNTY COLLECTOR

**1**   Tax Year **2021**

16-07-301-080

16-07-301-080

**SEVERINO, JOSEPH**
**1392 W OLD MILL RD**
**LAKE FOREST IL 60045-3757**

**PRIOR TAXES SOLD.**

2021 1st Installment due by **06/06/2022**
Interest calculated as of 12/05/2022

**$0.00** DUE

**Tax Bills are mailed to the taxpayer of record, even if your Lender is responsible for payment.**

1607301080000000000000000202119

↓   TEAR HERE   ↓

## 2ND INSTALLMENT PAYMENT COUPON
### RETURN WITH PAYMENT

**LakeCounty**
From the Office of Holly Kim, Lake County Collector
Make Checks Payable to: LAKE COUNTY COLLECTOR

**2**   Tax Year **2021**

16-07-301-080

16-07-301-080

**SEVERINO, JOSEPH**
**1392 W OLD MILL RD**
**LAKE FOREST IL 60045-3757**

**PRIOR TAXES SOLD.**

2021 2nd Installment due by **09/06/2022**
Interest calculated as of 12/05/2022

**$0.00** DUE

**For information on exemptions, contact your local assessor**

1607301080000000000000000202127

↓   TEAR HERE   ↓

| Pin Number | Tax Year | Tax Code | Acres |
|---|---|---|---|
| 16-07-301-080 | 2021 | 17025 | 0.0000 |

Property Location:  1392 W OLD MILL RD  LAKE FOREST IL 60045
Legal Description:  DONEY RESUBDIVISION; LOT 1

| Taxing Body | Rate | Current Amount | Change From Prior Year |
|---|---|---|---|
| COLLEGE OF LAKE COUNTY #532 | 0.293469 | $1,056.08 | 11.44 |
| COUNTY OF LAKE | 0.494197 | $1,778.42 | -0.22 |
| COUNTY OF LAKE PENSION | 0.103550 | $372.64 | -5.38 |
| LAKE FOREST SCHOOL DISTRICT #67 | 1.565690 | $5,634.30 | 182.63 |
| LAKE FOREST SCHOOL DISTRICT #67 PENSION | 0.040721 | $146.54 | 3.61 |
| FOREST PRESERVE | 0.169525 | $610.05 | -7.22 |
| FOREST PRESERVE PENSION | 0.009380 | $33.75 | -4.68 |
| LAKE FOREST HIGH SCHOOL DISTRICT #115 | 1.460146 | $5,254.49 | 160.54 |
| LAKE FOREST HIGH SCHOOL DISTRICT #115 PENSION | 0.033789 | $121.59 | 3.06 |
| CITY OF LAKE FOREST | 1.040085 | $3,742.85 | 126.51 |
| CITY OF LAKE FOREST LIBRARY | 0.170003 | $611.77 | 14.89 |
| CITY OF LAKE FOREST PENSION | 0.311588 | $1,121.28 | 55.68 |
| NORTH SHORE WATER RECLAMATION DISTRICT | 0.158336 | $569.78 | 3.40 |
| NORTH SHORE WATER RECLAMATION DISTRICT PENSION | 0.000000 | $0.00 | 0.00 |
| TOWNSHIP OF WEST DEERFIELD | 0.036046 | $129.72 | 8.23 |
| TOWNSHIP OF WEST DEERFIELD PENSION | 0.000734 | $2.64 | -2.59 |
| WEST SKOKIE DRAINAGE | 0.000000 | $23.74 | -0.26 |
| **TOTALS** | **5.887259** | **$21,209.64** | **549.64** |

| | |
|---|---|
| Fair Market Value | $1,097,690 |
| Land Assessed Value | $187,325 |
| + Building Assessed Value | $178,535 |
| - Home Improvement | |
| - Disabled Vet Homestead | |
| x State Multiplier | 1.000 |
| = Equalized Value | $365,860 |
| + Farm Land & Bldg Assessed Value | |
| + State Assessed Pollution Control | |
| + State Assessed Railroads | |
| = Total Assessed Value | $365,860 |
| - General Homestead Exemption | $6,000 |
| - Sr. Citizen Homestead Exemption | |
| - Senior Freeze | |
| - Returning Veterans Homestead | |
| - Disabled / Disabled Veterans | |
| - Natural Disaster Homestead | |
| = Taxable Valuation | $359,860 |
| x Tax Rate | 5.887259 |
| = Real Estate Tax | $21,185.90 |
| + Special Service Area | $0.00 |
| + Drainage | $23.74 |
| = Total Current Year Tax | $21,209.64 |
| + Omit/RollBack Tax | $0.00 |
| + Forfeited Tax | $0.00 |
| + Interest remaining as of **12/05/2022** | $0.00 |
| + Cost | $0.00 |
| - Payment applied to Principal/Tax Sale | $21,209.64 |
| **=*SEE CLERK TO REDEEM*** | |