**Dawn R. Copley**

| | |
|---|---|
| **From:** | Andrew H. Eres |
| **Sent:** | Tuesday, December 6, 2022 3:25 PM |
| **To:** | Dawn R. Copley |
| **Subject:** | FW: EXTERNAL: 16-07-301-080 Inquiry |

**From:** Tax Redemption <taxredemption@lakecountyil.gov>
**Sent:** Tuesday, December 6, 2022 2:11 PM
**To:** Treasurer <Treasurer@lakecountyil.gov>
**Cc:** Andrew H. Eres <AEres@dickinson-wright.com>
**Subject:** EXTERNAL: 16-07-301-080 Inquiry

Good Afternoon,

Would your office be able to provide additional information in regards to PIN 16-07-301-080, a property located at 1392 W Old Mill Road in Lake Forest for the installment made on 8/24/22? Our side shows the e-check was rejected due to NSF, but this isn't reflected on the public side. Can you confirm the returned payment and advise if there is any other data?

**Payments**

| Receipt # | Business Date | Effective Date | Payment Amt | Payment Source | Type | Notes: | Payer |
|---|---|---|---|---|---|---|---|
| 13176891 | 09/28/2022 | 09/28/2022 | $22,060.00 | 89922 | SUB | | SCRIBE FUNDING LLC |
| 12966863 | 08/29/2022 | 08/24/2022 | -$11,082.03 | FECHK | | NML ECK RJCTD R01-NSF | SEVERINO, JOSEPH |
| 12966863 | 08/25/2022 | 08/24/2022 | $11,082.03 | FECHK | | NML | SEVERINO, JOSEPH |

If you have any additional questions, please contact our office at 847-377-2404.

Have a great day!
Amanda



**Amanda Clark** Tax Redemption Specialist
Lake County Clerk's Office
18 N. County St., Room 101 | Waukegan, IL  60085
☏   847-377-2404  |  🖷   847-360-3608 (Fax)
✉   taxredemption@lakecountyil.gov

**Andrew H. Eres** Member

55 West Monroe Street
Suite 1200
Chicago Illinois 60603

Profile | V-Card

Phone  312-377-7891
Mobile  847-507-2472
Fax      844-670-6009
Email   AEres@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

2