# Andrew H. Eres

**To:** Dawn R. Copley
**Subject:** FW: EXTERNAL: 16-07-301-080 Inquiry

**From:** Vargas, Patty <PVargas@lakecountyil.gov>
**Sent:** Wednesday, December 7, 2022 2:58 PM
**To:** Andrew H. Eres <AEres@dickinson-wright.com>
**Cc:** Trujillo, Griselda <GTrujillo@lakecountyil.gov>; Treasurer <Treasurer@lakecountyil.gov>; Tax Redemption <taxredemption@lakecountyil.gov>
**Subject:** RE: EXTERNAL: 16-07-301-080 Inquiry

Good afternoon,

The following eCheck payment made on August 24th was rejected for Insufficient funds. An email was sent to the taxpayer (Joseph Severino), on August 29th stating that our office was made aware of the rejection and an additional fee of $25 was added to the remaining balance.

### R01 - Insufficient Funds

**LAKE CO IL TREASURER TAX WEB ( 144496)**          Debit

| Orig Date | Customer Information | Entry / Item Description | Transaction Info | Method | Credit | # | Tran Amount | Fund Amount |
|---|---|---|---|---|---|---|---|---|
| 8/23/2022 | Joseph Severino | ACH | - - BillPay2 | EFT | D | 1 | $11,082.03 | ($11,082.03) |
| | | | Total for LAKE CO IL TREASURER TAX WEB ( 144496): | | | | | ($11,082.03) |
| | | | | | | | Total R01 - Insufficient Funds: | ($11,082.03) |

I hope this information is helpful.

Thank you



**Patty Vargas | Lake County Treasurer's Office**
18 N. County St. Room 102 | Waukegan, IL 60085
☎ 847.377.2011  |  📠 847.984.5962
pvargas@lakecountyil.gov