# StateFarm

## NOTICE OF CANCELLATION

State Farm Fire and Casualty Company

PO Box 2356
Bloomington IL 61702-2356

AT1　　　　　　　　H-01- 37A7-FADD　R
　002590 0028
PATTEN FAMILY FINANCE
655 SIMONDS RD
WILLIAMS TOWN MA　01267

| POLICY NUMBER | 93-LT-K983-4 |
|---|---|
| Rental Dwelling Pol - Special Form | |
| DATE CANCELED | OCT 27 2022 |

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| OCT 05 2022 | $5,662.00 |

Payer - Insured

Insured:
SEVSTAR INVESTMENTS LLC

Location:　1392 W OLD MILL RD
　　　　　　LAKE FOREST IL
　　　　　　60045-3757

Payer - Insured
SFPP No:　　1552735201

### Important Message(s)

As of the "Date Prepared" shown below, we have not received the premium required to keep this policy in force. Therefore, this policy is canceled effective 12:01 a.m. (or NOON if required by state law) on the "Date Canceled" shown above. If the full premium has been paid and accepted before or on the date of cancellation, you will receive a Notice of Reinstatement, verifying that your coverage continues under this policy. Otherwise, coverage will end. Please contact your State Farm agent with any questions.

---

Agent：JEFF CURRY INS AGENCY INC
Telephone：(847) 965-3880

14 4506 5857
See reverse for important information.
Please keep this part for your record.
Prepared:　OCT 10 2022

↓ Please fold and tear here ↓

MOVING? PLEASE SEE YOUR STATE FARM AGENT.　　H- 37A7-FADD　F

PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM.

| INSURED | SEVSTAR INVESTMENTS LLC | |
|---|---|---|
| POLICY NUMBER | 93-LT-K983-4 | **RENTAL DWELL 3** |

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| OCT 05 2022 | $5,662.00 |

Please contact your State Farm Agent if you have any questions about your policy.

0109210278

537-162.20 08-09-2010 (o1f3012i)

For office use only　　0717
Prepared: OCT 10 2022
N　03　AI

FIRE CANCEL　　$5,662.00　　1027

200230000566200　　293668280983402501>

001