Form 11-8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                              )
                                                    )         Case No.
                                                    )

**ORDER CONVERTING CASE UNDER CHAPTER 11**
**TO CASE UNDER CHAPTER 7**

*The Moving Party shall serve copies of this order on the Debtor, the Designated Person named in paragraph 3 below, and all professionals known to him who performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case is before the court on a motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, or, in the alternative, to dismiss the case.  After notice and a hearing, the Court orders as follows:

1.      This case is converted to a case under Chapter 7.

2.      The Debtor and the Chapter 11 Trustee shall,
        a.      On or before _____, account for and turn over to the Chapter 7
                Trustee all records and property of the estate under their custody and control as required
                by Fed. R. Bankr. P. 1019(4);
        b.      On or before _____, file a schedule of all unpaid debts incurred
                after the commencement of the Chapter 11 case (including the names and addresses of
                all creditors) as required by Fed. R. Bankr. P. 1019(5);
        c.      On or before _____, file a final report and account as required
                by Fed. R. Bankr. P. 1019(5); and
        d.      Within 15 days after the entry of this order, file the statements and schedules required by
                Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3.      Pursuant to Fed. R. Bankr. P. 9001(5), the court designates _____
        ("Designated Person") to perform the acts of the Debtor.

4.      This matter is set for a status hearing on _____  at
        _____ in Courtroom No. _____ of the

        At that hearing, the court will determine whether the Debtor /Designated Person/Chapter 11
        Trustee have complied with this order and, if not, consider such requests for further relief as may
        be required to secure compliance with this order.

ENTER:

_____
                                                                Judge

Dated: _____

convert11to7                    ilnb: October 1,1999