IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| JOSEPH SEVERINO, | ) | Case No. 22-00769 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: March 29, 2023 |
| | ) | Hearing Time: 9:00 a.m. |

NOTICE OF MOTION

To: See Attached Service List

PLEASE TAKE NOTICE THAT on **March 29, 2023, at 9:00 a.m.**, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in his place, and present **DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE AND TO SHORTEN NOTICE PERIOD BY ONE DAY** a copy of which is attached hereto.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the Passcode is 433658. The meeting ID and further information can also be found on Judge Barnes's web page on the court's web site.

**If you object** to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**JOSEPH SEVERINO,** Debtor


By**:** /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

## **CERTIFICATE OF SERVICE**

I, Ariel Weissberg, certify that on March 10, 2023, I caused to be filed ***Debtor's Motion To Dismiss Bankruptcy Case and to Shorten Notice Period by One Day*** Notice of this filing was sent to all parties registered to receive notice in this case by electronic transmission through the court's CM/ECF system, including to the following parties:

Patrick S Layng
Email: USTPRegion11.ES.ECF@usdoj.gov William B Avellone
Email: bill.avellone@charteredmgt.com

Kurt M. Carlson on behalf of Creditor Wintrust Mortgage, A Division of Barrington Bank and Trust Co., N.A.
Email: kcarlson@carlsondash.com; knoonan@carlsondash.com; bmurzanski@carlsondash.com

Dawn R Copley on behalf of Creditor Patten Family Finance, LLC
Email: dcopley@dickinsonwright.com

Andrew H. Eres on behalf of Creditor Patten Family Finance, LLC
Email: aeres@dickinsonwright.com

William S Hackney, III on behalf of Petitioning Creditor Jacquie Urbano
Email: whackney@salawus.com; DocketGeneral@salawus.com; kneberz@salawus.com; smithwc-ecfs_notice@juralaw.net

Michael M Tannen on behalf of Creditor Alfredo Trejo
Email: mtannen@tannenlaw.com; adminassistant@tannenlaw.com

Lina Toma on behalf of Creditor Wintrust Mortgage, A Division of Barrington Bank and Trust Co., N.A.
Email: ltoma@carlsondash.com; bmurzanski@carlsondash.com


and on March 10, 2023, to the parties on the attached Service List by first class U.S. mail, postage prepaid:

_____/s/ Ariel Weissberg_____

# SERVICE LIST

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | BMO Harris Bank N.A.<br>c/o AIS Portfolio Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | ABT c/o Synchrony Bank<br>150 Corporate Blvd.<br>Norfolk, VA 23502-4952 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 Renaissance Center #B0<br>Detroit, MI 48243-1300 | Andre Perez c/o<br>Timothy M. Nolan Attorney at Law<br>53 West Monroe, Ste. 1137<br>Chicago, IL 60603 |
| Capital One Buy Power<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM 700<br>KANSAS LANE FLOOR 01 MONROE LA<br>71203-4774 | Capital One Platinum<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Spark<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Comenity Bank<br>PO Box 18278<br>Columbus, OH 43218 | Citibank Advantage<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank Doublecash<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| Inland Management<br>c/o Dickinson & Wright<br>55 W. Monroe St., Suite 1200<br>Chicago, IL 60603-5127 | Harvard Collection<br>4839 N Elston Ave<br>Chicago IL 60630-2589 | Dickinson & Wright<br>55 W. Monroe St.<br>Suite 1200<br>Chicago, IL 60603-5127 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy<br>Services, LLC  P.O. Box 9013<br>Addison, Texas 75001-9013 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 South Dearborn Street<br>Room 2600<br>Chicago, IL 60604-1705 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY<br>UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Office of Chief Counsel<br>Internal Revenue Service<br>200 West Adams, Suite 2300<br>Chicago, IL 60606 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
John Scramuzzo                    One Main Financial                          Midland Credit Management, Inc.
721 Oriole                        PO Box 1010                                 PO Box 2037
Park Ridge IL 60068-2749          Evansville, IN 47706-1010                   Warren, MI 48090-2037


                                  PORTFOLIO RECOVERY ASSOCIATES LLC PO       OneMain Financial
Nolan Law Office                  BOX 41067                                   PO Box 3251
Michael M Tannen                  NORFOLK VA 23541-1067                       Evansville, IN 47731-3251
77 W Washington St
Ste 500
Chicago, IL 60602-3285

SANTANDER CONSUMER USA            Santander                                   Synchrony Bank
P.O. BOX 961245                   PO Box 961245                               c/o PRA Receivables Management, LLC PO
FORT WORTH, TX 76161-0244         Fort Worth, TX 76161-0244                   Box 41021
                                                                              Norfolk, VA 23541-1021


TCF Bank                          US BANK                                     William S. Hackney SmithAmundsen LLC
Corp. Headquarters                PO BOX 5229                                 150 North Michigan Ave., Suite 3300
2508 South Louise Avenue          CINCINNATI OH 45201-5229                    Chicago, IL 60601-6004
Sioux Falls, SD 57106-4331

                                  Illinois Department of Revenue              Illinois Department of Revenue
Chase Ink                         Bankruptcy Section, P.O. Box 19035          PO Box 64338
PO Box 15369                      Springfield, IL 62794-9035                  Chicago, IL 60664-0338
Wilmington, DE 19850


                                                                              Illinois Department of Revenue
Portfolio Recovery Associates, LLC   US Bank                                  Legal Services Office MC5-500
c/o SYNCHRONY BANK                   8500 West Dempster                       101 West Jefferson
P.O. Box 41067                       Niles, IL 60714                          Springfield, IL 62794
Norfolk, VA 23541

                                  Internal Revenue Service                    District Director
Department of the Treasury        Mail Stop 5014CHI                           Internal Revenue Service
Internal Revenue Service,         230 S. Dearborn Street, Room 2600,          230 S. Dearborn St.
P.O. Box 7346                     Chicago, IL 60604-1705                      Mail Stop 5016-CHI
Philadelphia, PA 19101-7346                                                   Chicago, IL 60604


                                                                              Office of Chief Counsel
Tax Division (DOJ)                U.S. Attorney                               Internal Revenue Service
P.O. Box 55                       219 S. Dearborn Street                      200 West Adams, Suite 2300
Ben Franklin Station              Chicago, IL 60604                           Chicago, IL  60606
Washington, DC 20044
```

Ariel Weissberg

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| JOSEPH SEVERINO, | ) | Case No. 22-00769 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: March 29, 2023 |
| | ) | Hearing Time:  9:00 a.m. |

## DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE AND
## TO SHORTEN NOTICE PERIOD BY ONE DAY

NOW COMES Debtor, Joseph Severino ("Debtor"), by his attorneys, Ariel Weissberg and the law firm of Weissberg and Associates, Ltd., and as *Debtor's Motion to Dismiss Bankruptcy Case and to Shorten Notice Period by One Day*, states as follows:

### I.    INTRODUCTION

1. On January 24, 2022, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division to initiate this Chapter 11 case under SubChapter V of the Bankruptcy Code.

1. On January 24, 2022, William Avellone was appointed the SubChapterV Trustee (DE 5).

2. On January 26, 2022, an Order was entered setting a SubChapterV status conference and deadlines (DE 10).

3. On February 17, 2022, the Debtor filed his Schedules and Statement of Financial Affairs (DE 26).

4. On February 24, 2022, the Debtor filed his Small Business SubChapterV Status Report (DE 28).

5. On February 23, 2022, the Debtor attended the First Meeting of Creditors.

6. On April 25, 2022, the Debtor filed his Chapter 11 Plan of Reorganization (DE 37); which was superseded by the Debtor's filing of an Amended Plan of Reorganization on August 23, 2022 (DE 76).

7. On July 27, 2022, Debtor's original counsel, John Redfield, withdrew as the Debtor's attorney of record (DE 63). On August 19, 2022, Ariel Weissberg filed his Appearance as the attorney of record for the Debtor (DE 68).

8. Prior to John Redfield's withdrawal, the Patten Family Finance LLC filed a *Motion to Convert Case from a Chapter 11 to Chapter 7* (DE 46), which was later amended on June 23, 2022 (DE 51).

9. On August 23, 2022, the Debtor filed his *Motion to Sell Property* ("Motion to Sell Lake Forest") by which he sought to sell the real property commonly known as 1392 W. Old Mill Road, Lake Forest, Illinois 60045 ("Lake Forest Property") (DE 78").

10. On August 24, 2022, the Court denied the Patten Family's Motion to Dismiss or Convert (DE 85).

11. On October 18, 2022, the Court granted the Motion to Sell Lake Forest (DE 112).

12. On November 15, 2022, John Redfield filed his *Motion and Final Application for Compensation* (DE 118).

13. On December 9, 2022, the Patten Family filed their *Second Motion to Convert Case from Chapter 11 to Chapter 7* (DE 129) which was later amended on December 13, 2022 (DE 136).

14. On February 24, 2023, the Debtor successfully concluded the sale of the Lake Forest Property, which resulted in the satisfaction in full of the claims of the Patten Family and

John Urbano and Jacquie Urbano pursuant to an Agreed Order entered on February 1, 2023 (DE 174) and the Second Amended Agreed Order entered on February 17, 2023 (DE 182).

15. On January 11, 2023, the Debtor filed its *Motion to Sell Property Free and Clear of Liens* through which the Debtor sought to sell the real property commonly known as 721 Oriole Avenue, Park Ridge, Illinois 60068 ("Park Ridge Property") (DE 152). This Motion was granted on February 1, 2023 (DE 173).

## II.     THE COURT SHOULD DISMISS THIS CASE

14. Through this Motion, the Debtor is seeking the entry of an Order dismissing the Bankruptcy Case pursuant to § 1112(b)(1).

15. Dismissal of this Bankruptcy Case is appropriate because of a number of valid reasons. First, the Debtor has resolved many pressing issues through the sale of the Lake Forest Property. While the sale of the Park Ridge Property fell through, the Debtor is in material discussions with the lien holders encumbering the Park Ridge Property to resolve their claims. Specifically, the Debtor has received an outline of a "workout" proposal from the first mortgagee, Wintrust Mortgage ("Wintrust"), which the Debtor has already indicated to Wintrust that the proposal is feasible and acceptable. Wintrust and the Debtor need to conclude these "workout" discussions to resolve how much time the Debtor will have to cure all arrearages on the mortgage. The second mortgagee encumbering the Park Ridge Property is the Internal Revenue Service. The Debtor is in communication with the Internal Revenue Service to reduce its claim encumbering the Park Ridge Property. The Debtor is hopeful that the Illinois Department of Revenue will agree to reduce its claim also, although the Debtor has not initiated these discussions as of this date. Once the discussions with the taxing authorities are concluded, the Debtor plans to refinance the indebtedness owed to the Internal Revenue Service and the

Illinois Department of Revenue. As such, the resolution of the claims of Wintrust, Internal Revenue Service and the Illinois Department of Revenue is not predicated on the sale of the Park Ridge Property.

16. Second, the dismissal of this bankruptcy case will give the Debtor an opportunity to take advantage of a valuable and lucrative business opportunity that is predicated on the dismissal of the bankruptcy case, which will pay the Debtor in excess of $250,000 per year. The business opportunity will be lost if the bankruptcy case is not dismissed. In fact, the Debtor is confident that once the bankruptcy case is dismissed, he will have additional lucrative business opportunities with individuals and entities that are hesitant to transact business with an individual who is a debtor in a bankruptcy case. As such, the Debtor is missing valuable and profitable business opportunities while the Debtor remains in a Chapter 11 bankruptcy case, including an opportunity to substantially increase his revenues. Through increased revenues and the stability achieved through the bankruptcy case, the Debtor will be able to meet any challenges that might arise if the balance of the claims cannot be resolved amicably.

17. Also, the Debtor is seeking relief with 20 days notice and not 21 days notice because good cause exists for shortening the notice period by one day. Specifically, the Debtor must demonstrate to the person offering the business opportunity that this bankruptcy case was dismissed by April 1, 2023.

18. In light of the foregoing, no creditor will be prejudiced if this Court were to dismiss the case and it is in the best interest of all creditors and the Debtor if this Court were to dismiss this bankruptcy case.

WHEREFORE, Debtor, Joseph Severino, prays that this Court dismiss this Bankruptcy

Case pursuant to § 1112 of the Bankruptcy Code; shortening the notice period required pursuant to Federal Rule of Bankruptcy Procedure 2002 by one day for good cause; and for such other and further relief as this Court deems just and proper.

**JOSEPH SEVERINO**, Debtor


By**:**     /s/ Ariel Weissberg
         One of his attorneys

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com
Attorney No. 03125591