Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 22-00769 |
| | ) | |
| JOSEPH SEVERINO | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING BANKRUPTCY CASE**
**AND SHORTENING NOTICE**

This matter coming on to be heard on Debtor, Joseph Severino's Motion to Dismiss Bankruptcy Case; due and proper notice having been given; the Court having reviewed the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. On or before March 30, 2023, the Debtor will execute and deliver the following to secure the administrative claim obligations of this Estate: (a) a junior mortgage to John Redfield to encumber the real property commonly known as 721 Oriole, Park Ridge, Illinois ("Oriole Property"), which will provide for payment to John Redfield in the amount of $20,000 on or before August 1, 2023 ("Redfield Payment") in satisfaction of John Redfield's claims against the Estate, including his administrative claims, with the Debtor releasing John Redfield of any claims that the Debtor has or may have against John Redfield; and, (b) a junior mortgage to William B. Avellone to encumber the Oriole Property which will provide for payment to William B. Avellone in the amount of $22,060 on or before August 1, 2023 ("Avellone Payment").

2. If the Redfield Payment is not paid on or before August 1, 2023: (a) the Debtor shall take all immediate action necessary to procure buyer(s) of the Oriole Property, including the Debtor's execution of a Listing Agreement with a qualified real estate broker at a listing price of no less than $865,000, and the Debtor's acceptance of a Real Estate Contract for the sale of the Oriole Property if a prospective buyer through the Real Estate Contract offers no less than $865,000 for the purchase of the Oriole Property. In any event, after August 1, 2023, the Debtor shall use his due diligence to sell the Oriole Property with haste to satisfy the Redfield Payment and the Avellone Payment; and (b) John Redfield can obtain a judgment against the Debtor in the Circuit Court of Cook County, Illinois or in the 19th Judicial Circuit Court, Lake County, Illinois, in the amount of the unpaid portion of the fees awarded to John Redfield pursuant to the Findings of Fact and Conclusions of Law in Support of Order Awarding to Crane, Simon, Clar & Goodman, attorneys for Debtor for Allowance and Payment of Final Compensation and Reimbursement of Expenses entered on January 27, 2023 (DE 165), plus interest accruing on the unpaid portion of the fee at the statutory rate of five percent (5%) per annum up until the date of the entry of the judgment. The Debtor will interpose no defenses to the entry of this judgment except for payment or partial payment.

3. In consideration of the accommodations provided by John Redfield in this Order, the Debtor releases John Redfield of all claims that the Debtor has or may have against John Redfield and the attorneys of Crane, Simon, Clar & Goodman, including arising from this bankruptcy case, whether

known or unknown, and for any reason, except for the Debtor's possible defense of payment or partial payment of the fees awarded to John Redfield pursuant to paragraph 2, above.

4. If the Avellone Payment is not paid on or before August 1, 2023, the Debtor shall take all immediate action necessary to procure buyer(s) of the Oriole Property, including the Debtor's execution of a Listing Agreement with a qualified real estate broker at a listing price of no less than $865,000, and the Debtor's acceptance of a Real Estate Contract for the sale of the Oriole Property if a prospective buyer through the Real Estate Contract offers no less than $865,000 for the purchase of the Oriole Property. In any event, after August 1, 2023, the Debtor shall use his due diligence to sell the Oriole Property with haste to satisfy the Avellone Payment.

5. In the event that Ariel Weissberg is awarded fees pursuant to his pending Application for Fees, the payment of Ariel Weissberg's fees will be subordinated to the payment of the Redfield Payment and the Avellone Payment. On or before 10 days from any Order of this Court awarding Ariel Weissberg fees pursuant to his Application for Fees, the Debtor will execute and deliver to Ariel Weissberg a mortgage on the Oriole Property to secure the payment of any such fees, but in any event, any such fee award will be paid to Ariel Weissberg on or before August 1, 2023.

6. The Court shall retain jurisdiction to adjudicate Ariel Weissberg and William B. Avellone's Applications for Fees.

7. Subject to the foregoing, the instant bankruptcy case is dismissed pursuant to § 1112 of the Bankruptcy Code and the notice period required under F.R.B.P. 2002 is shortened for good cause shown.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 03.31.2023

**Prepared by:**
Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
564 W. Randolph, 2nd Floor, Chicago, Illinois 60661
Tel. 312-663-0004
Email: ariel@weissberglaw.com
Attorney No. 03125591