Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 22–00769
Chapter: 11
Judge: Timothy A. Barnes

In Re:
  Joseph Severino
  1392 W. Old Mill Road
  Lake Forest, IL 60045

Social Security / Individual Taxpayer ID No.:
  xxx–xx–0434

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 31, 2023

                                    FOR THE COURT

Dated: March 31, 2023              Jeffrey P. Allsteadt , Clerk
                                    United States Bankruptcy Court