Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 22−00769
Chapter: 11
Judge: Timothy A. Barnes

In Re:
   Joseph Severino
   1392 W. Old Mill Road
   Lake Forest, IL 60045

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0434

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 31, 2023

FOR THE COURT

Dated: March 31, 2023
                              Jeffrey P. Allsteadt , Clerk
                              United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 22-00769-TAB
Joseph Severino  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 4
Date Rcvd: Mar 31, 2023      Form ID: ntcdsm      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Severino, 1392 W. Old Mill Road, Lake Forest, IL 60045-3757 |
| 29637035 | + | ABT c/o Synchrony Bank, 150 Corporate Blvd., Norfolk, VA 23502-4952 |
| 29637036 | + | Alfredo Trejo, c/o Michael M Tannen, 77 W Washington St, Ste 500, Chicago, IL 60602-3285 |
| 29637038 | + | Andre Perez c/o, Timothy M. Nolan Attorney at Law, 53 West Monroe, Ste. 1137, Chicago, IL 60603 |
| 29667514 | + | Dawn R Copley, Dickinson Wright PLLC, 500 Woodward Ave., Suite 4000, Detroit, MI 48226-5403 |
| 29637047 | + | Dickinson & Wright, 55 W. Monroe St., Suite 1200, Chicago, IL 60603-5127 |
| 29653803 | + | Gregory K. Stern, P.C., 53 West Jackson, Suite 1442, Chicago, Illinois 60604-3536 |
| 29637049 | + | Inland Management, c/o Dickinson & Wright, 55 W. Monroe St., Suite 1200, Chicago, IL 60603-5127 |
| 29724041 | + | Jacquie Urbano and John Urbano, William S. Hackney, SmithAmundsen LLC, 150 North Michigan Ave., Suite 3300, Chicago, IL 60601-6004 |
| 29974754 | + | John H. Redfield and, law firm of Crane, Simon, Clar, Goodman, 135 S. LaSalle St., Ste. 3950,, Chicago, IL 60603-4127 |
| 29667185 | #+ | John Scramuzzo, 721 Oriole, Park Ridge IL 60068-2749 |
| 29637052 | + | Jose Najera, c/o Michael M Tannen, 77 W Washington St Ste 500, Chicago, IL 60602-3285 |
| 29637057 | + | Nolan Law Office, Michael M Tannen, 77 W Washington St, Ste 500, Chicago, IL 60602-3285 |
| 29667515 | + | Patten Family Finance, LLC, Dawn R Copley, Dickinson Wright PLLC, 500 Woodward Ave., Suite 4000, Detroit, MI 48226-5403 |
| 29637054 | + | Rachel Stearn Sandler, 53 W Jackson Blvd #1442, Chicago, IL 60604-3536 |
| 29637059 | + | Wintrust, 9700 W Higgins Rd Ste 300,, Rosemont, IL 60018-4736 |
| 29727367 | + | Wintrust Mortgage, 216 S. Jefferson Street, Suite 504, Chicago, IL 60661-5698 |
| 29775517 | + | Wintrust Mortgage, a Division of Barrington Bank a, c/o Carlson Dash, LLC, 216 S. Jefferson Street, Suite 504, Chicago, IL 60661-5698 |
| 29727366 | + | Wintrust Mortgage, a division of Barrington Bank &, 9700 W Higgins Road, Suite 300, Rosemont, IL 60018-4736 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29641023 | + | EDI: AISACG.COM | Apr 01 2023 02:07:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29682312 | + | EDI: AISACG.COM | Apr 01 2023 02:07:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29637037 | + | EDI: GMACFS.COM | Apr 01 2023 02:07:00 | Ally Financial, 200 Renaissance Center #B0, Detroit, MI 48243-1300 |
| 29885148 | + | EDI: AISACG.COM | Apr 01 2023 02:07:00 | BMO Harris Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29637039 | + | EDI: CAPITALONE.COM | Apr 01 2023 02:07:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 29645328 | + | EDI: AIS.COM | Apr 01 2023 02:07:00 | Capital One Bank (USA), N.A., by American |

| District/off: 0752-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: ntcdsm | Total Noticed: 47 |

| Recip ID | | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29637040 | + | EDI: CAPITALONE.COM | Apr 01 2023 02:07:00 | Capital One Buy Power, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 29637041 | + | EDI: CAPITALONE.COM | Apr 01 2023 02:07:00 | Capital One Platinum, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 29637042 | + | EDI: CAPITALONE.COM | Apr 01 2023 02:07:00 | Capital One Spark, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 29637044 | | EDI: CITICORP.COM | Apr 01 2023 02:07:00 | Citibank Advantage, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 29637045 | + | EDI: CITICORP.COM | Apr 01 2023 02:07:00 | Citibank Doublecash, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 29637046 | | EDI: WFNNB.COM | Apr 01 2023 02:07:00 | Comenity Bank, PO Box 18278, Columbus, OH 43218 |
| 29667183 | + | Email/Text: bkynotice@harvardcollect.com | Mar 31 2023 22:18:00 | Harvard Collection, 4839 N Elston Ave, Chicago IL 60630-2589 |
| 29639659 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 31 2023 22:17:00 | Illinois Department of Revenue, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29637048 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 31 2023 22:17:00 | Illinois Department of Revenue, PO Box 64338, Chicago, IL 60664-0338 |
| 30093088 | | EDI: IRS.COM | Apr 01 2023 02:07:00 | Internal Revenue Service, 230 South Dearborn Street, Stop 5014, Chicago, IL 60604 |
| 29637043 | | EDI: JPMORGANCHASE | Apr 01 2023 02:07:00 | Chase Ink, PO Box 15369, Wilmington, DE 19850 |
| 29673299 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 31 2023 22:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 29637051 | + | EDI: QWSHACKNEY | Apr 01 2023 02:07:00 | Jackie Urbano c/o William Hackney, SmithAmundsen LLC, 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601-6004 |
| 29645245 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2023 22:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 29637053 | + | EDI: AGFINANCE.COM | Apr 01 2023 02:07:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 29650676 | + | EDI: AGFINANCE.COM | Apr 01 2023 02:07:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 29687368 | | EDI: PRA.COM | Apr 01 2023 02:07:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 29649305 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2023 22:18:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 29637055 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 31 2023 22:18:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 29639377 | + | EDI: RMSC.COM | Apr 01 2023 02:07:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29637058 | | EDI: USBANKARS.COM | Apr 01 2023 02:07:00 | US Bank, 8500 W Dempster, Niles, IL 60714 |
| 29724040 | + | EDI: QWSHACKNEY | Apr 01 2023 02:07:00 | William S. Hackney, SmithAmundsen LLC, 150 North Michigan Ave., Suite 3300, Chicago, IL 60601-6004 |

TOTAL: 28

Case 22-00769   Doc 196   Filed 04/02/23   Entered 04/02/23 23:12:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: ntcdsm | Total Noticed: 47 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29641715 | | Patten Family Finance, LLC |
| 29645329 | *+ | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29637050 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29640258 | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 South Dearborn Street, Room 2600, Chicago, IL 60604-1705 |
| 29637056 | ##+ | TCF Bank, Corp. Headquarters, 2508 South Louise Avenue, Sioux Falls, SD 57106-4331 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

**Name** — **Email Address**

Andrew H. Eres
on behalf of Creditor Patten Family Finance  LLC aeres@dickinsonwright.com

Ariel Weissberg
on behalf of Debtor 1 Joseph Severino ariel@weissberglaw.com Hava@weissberglaw.com;rakesh@weissberglaw.com;oleh@weissberglaw.com;6010998420@filings.docketbird.com

David DeCelles
on behalf of Creditor Internal Revenue Service david.decelles@usdoj.gov

Dawn R Copley
on behalf of Creditor Patten Family Finance  LLC dcopley@dickinsonwright.com

James M Philbrick
on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP jamesphilbrick@comcast.net

John H Redfield
on behalf of Creditor John Redfield jredfield@cranesimon.com  slydon@cranesimon.com

Kurt M. Carlson
on behalf of Creditor Wintrust Mortgage  A Division of Barrington Bank and Trust Co., N.A. kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com

Lina Toma
on behalf of Creditor Wintrust Mortgage  A Division of Barrington Bank and Trust Co., N.A. ltoma@carlsondash.com, bmurzanski@carlsondash.com

Michael M Tannen
on behalf of Creditor Alfredo Trejo mtannen@tannenlaw.com  adminassistant@tannenlaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

William B Avellone
bill.avellone@charteredmgt.com

William Silas Hackney, III

District/off: 0752-1            User: admin            Page 4 of 4

Date Rcvd: Mar 31, 2023            Form ID: ntcdsm            Total Noticed: 47

on behalf of Creditor Jacquie Urbano wshackney@silashackney.com DocketGeneral@amundsendavislaw.com,kneberz@amundsendavislaw.com,smithwc-ecfs_notice@juralaw.net;wshackney@silashackney.com;whackney@ecf.axosfs.com

TOTAL: 12