UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
| | ) | Case No. 22bk00769 |
| Joseph Severino, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ARIEL WEISSBERG AND WEISSBERG AND ASSOCIATES, LTD.,
ATTORNEYS FOR JOSEPH SEVERINO, FOR ALLOWANCE AND PAYMENT OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 51,330.00 | TOTAL COSTS REQUESTED: | $ 417.31 |
| TOTAL FEES REDUCED: | $ 2,535.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 48,795.00 | TOTAL COSTS ALLOWED: | $ 417.31 |

TOTAL FEES AND COSTS ALLOWED: $ 49,212.31

This matter coming to be heard on the First Interim Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Attorneys of Weissberg and Associates, Ltd., Counsel for James [sic] Severino for the Period From August 19, 2022, to March 20, 2023 [Dkt. No. 188] (the "Fee Application") filed by Ariel Weissberg and Weissberg and Associates, Ltd. (collectively, the "Applicant"), and the issues raised with respect to the Fee Application by the United States Trustee (the "Trustee") at the hearing on April 12, 2023 (the "Hearing").

The Trustee raised two issues at the Hearing. First, that the Applicant failed to comply with Rule 5082-1(C)(5) of the Local Rules the United States Bankruptcy Court of Northern District of Illinois ("Local Rule 5082-1(C)(5)"). Second, the Applicant is billing for work performed before the effective retention date as counsel for the Debtor.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 285.00

The Apppplicant included thirteen time entries that are measured in increments of hundredth of an hour. Local Rule 5082-1(C)(5) requires that each time entry list the time expended on work in increments of tenth of an hour. Those thirteen time entries will be reduced to the nearest tenth of an hour.

(2)     <u>Unauthorized Work – TOTAL of disallowed amounts $ 2,250.00</u>

The Applicant included three times entries for work performed on August 18, 2022. However, the Applicant's effective retention date is August 19, 2022.  Order On Debtor's Application to Employ Attorneys [Dkt. No. 98].  The Court denies the allowance of compensation for work done prior to the authorization of retention.  *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention.  To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate.  *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D. Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").  Thus, the three time entries will be disallowed in their entirety.

ENTERED:

Dated:  April 13, 2023

Timothy A. Barnes, Judge
United States Bankruptcy Court

**Case 22-00769   Doc 200   Filed 04/13/23   Entered 04/13/23 16:12:27   Desc Main Document   Page 3 of 8**

| Date | Received From/Paid To | Chq# | | | | Bld | |----------- Trust Activity -----------| |
|---|---|---|---|---|---|---|---|---|---|
| Entry # | Explanation | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |

**9445   Severino, Joseph**
**9445-001     In Re: Joseph Severino - General Administrati**                            **Resp Lawyer: AW**

| Date / Entry # | Explanation | Chq/Rec# | Rcpts | Disbs | Fees | Inv# | Note |
|---|---|---|---|---|---|---|---|
| Aug 19/2022 225598 | Lawyer: DMJ 2.50 Hrs X 300.00 Review file and research cases differentiating consumer from commercial loan | | | | 750.00 | 6925 | |
| Aug 19/2022 227087 | Lawyer: AW 1.00 Hrs X 450.00 Telephone call with Severino re: status and strategy | | | | 450.00 | 6925 | |
| Aug 22/2022 225599 | Lawyer: DMJ 5.50 Hrs X 300.00 Review file, research and draft argument differentiating consumer from commercial loan | | | | 1650.00 | 6925 | |
| Aug 23/2022 225600 | Lawyer: DMJ 4.00 Hrs X 300.00 Drafting argument differentiating consumer from commercial loan | | | | 1200.00 | 6925 | |
| Aug 23/2022 227105 | Lawyer: AW 1.50 Hrs X 450.00 Preparation of consulting agreement with St. Anthony Hospital | | | | 675.00 | 6925 | |
| Aug 24/2022 225285 | Postage Postage to Mail Motion to Sell Lake Forest Property | X4273 | | 41.31 | | 6925 | |
| Sep 8/2022 225831 | Lawyer: AW 0.50 Hrs X 450.00 T/Cs with Severino re Status | | | | 225.00 | 6925 | |
| Sep 8/2022 231437 | Severino, Joseph (Rantch Isquith) RET - Retainer | 11808 | 5000.00 | | | 6925 | |
| Sep 9/2022 227131 | Lawyer: AW 0.50 Hrs X 450.00 T/C with Bill Hartnert re: settlement | | | | 225.00 | 6925 | |
| Sep 19/2022 227156 | Lawyer: AW 0.25 Hrs X 450.00 Exchange of emails with Severino re: progress on financing | | | | 112.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Sep 28/2022 231267 | Lawyer: AW 1.00 Hrs X 450.00 Prepare for and attend Court on status hearing | | | | 450.00 | 6925 | |
| Nov 9/2022 228160 | Lawyer: AW 0.50 Hrs X 450.00 Long T/C with Severino re: status and strategy | | | | 225.00 | 6925 | |
| Nov 29/2022 229831 | Lawyer: AW 1.00 Hrs X 450.00 Long T/C with Severino re: status of matters (.50); T/C with Bill Avellone re: status (.50) | | | | 450.00 | 6925 | |
| Nov 30/2022 229834 | Lawyer: AW 1.50 Hrs X 450.00 Prepare for and attend court on Motion to Excuse (1.00); Long T/C with Severino re: court issues (.50) | | | | 675.00 | 6925 | |
| Dec 2/2022 229836 | Lawyer: AW 0.25 Hrs X 450.00 Email to James Philbrick re: insurance coverage on cars | | | | 112.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Dec 5/2022 229839 | Lawyer: AW 0.50 Hrs X 450.00 Long T/C with Joseph Severino re: status and strategy | | | | 225.00 | 6925 | |
| Dec 7/2022 229844 | Lawyer: AW 0.50 Hrs X 450.00 Long T/C with Severino re: status of matters | | | | 225.00 | 6925 | |
| Dec 14/2022 229850 | Lawyer: AW 2.30 Hrs X 450.00 T/C with Severino re: status and court hearing (1.00); attending court on status of Ch. 11 (1.00); emails with Hackney re: insurance on Lake Forest (.30) | | | | 1035.00 | 6925 | |
| Dec 15/2022 229855 | Lawyer: AW 0.75 Hrs X 450.00 Memo to Severino re: status of matters | | | | 337.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Dec 16/2022 228937 | Lawyer: AW 0.25 Hrs X 450.00 T/C with Joe Severino re: status | | | | 112.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Dec 28/2022 229863 | Lawyer: AW 2.55 Hrs X 450.00 T/C with Severino re: John Redfield's Fee Application (.75); review of Redfield Fee Application (.80); Preparation of Response to Fee Application (1.00) | | | | 1147.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Jan 18/2023 231210 | Lawyer: AW 2.90 Hrs X 450.00 T/C's before and after Court with Severino (1.00); court appearanceon various pending matters, including Motion to Dismiss (1.00); T/C with Bill Hackney re: status and payment (.20); long T/C with Dawn Copely, after Court, re: problem-solving everything (.70) | | | | 1305.00 | 6925 | |
| Feb 27/2023 231261 | Lawyer: AW 3.00 Hrs X 450.00 Long meeting with Jim Severino in Northbrook to discuss | | | | 1350.00 | 6925 | |

Case 22-00769　Doc 200　Filed 04/13/23　Entered 04/13/23 16:12:27　Desc Main
Document　　Page 4 of 8

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | Rcpts | Disbs | Fees | Bld<br>Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | status and strategy | | | | | | | | |
| Feb 28/2023<br>231262 | Lawyer: AW  0.50 Hrs X 450.00<br>T/C and exchanges of emails<br>with Severino re: status and<br>strategy | | | | 225.00 | 6925 | | | |
| Mar  1/2023<br>231263 | Lawyer: AW  1.50 Hrs X 450.00<br>Prepare for and attend court on<br>status of Ch. 11 and claim<br>objections (1.00); T/C with<br>Severino re: strategy (.50) | | | | 675.00 | 6925 | | | |
| Mar  9/2023<br>231343 | Lawyer: AW  1.50 Hrs X 450.00<br>Preparation of Motion to Dismiss | | | | 675.00 | 6925 | | | |
| Mar 21/2023<br>231439 | Billing on Invoice 6925<br>FEES      14512.50<br>DISBS         41.31<br>RCPTS       5000.00 | | | 0.00 | | 6925 | | | |
| Mar 21/2023<br>231451 | RET - Rtnr alloc on Inv: 6925 | 6925 | -5000.00 | | | 6925 | | | |
| Mar 21/2023<br>231452 | RET - Rtnr alloc on Inv: 6925 | 6925 | 41.31 | | | 6925 | | | |
| Mar 21/2023<br>231453 | RET - Rtnr alloc on Inv: 6925 | 6925 | 1230.06 | | | 6925 | | | |
| Mar 21/2023<br>231454 | RET - Rtnr alloc on Inv: 6925 | 6925 | 3728.63 | | | 6925 | | | |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 41.31 | 14512.50 | 0.00 | 5000.00 | 9553.81 | 0.00 |
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 41.31 | 14512.50 | 0.00 | 5000.00 | 9553.81 | 0.00 |

**9445　　Severino, Joseph**
**9445-002　　　In Re: Joseph Severino -- Relations with Patt　　　　　　　　　　Resp Lawyer: AW**

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | Rcpts | Disbs | Fees | Bld<br>Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Aug 18/2022<br>231397 | Lawyer: AW  2.75 Hrs X 450.00<br>T/C with Severino re: Response<br>to Motion to Dismiss of the<br>Patten Family (1.00); Work on<br>Response to Motion to Dismiss<br>(1.75) | | | | 1237.50 | 6925 | | | |
| Aug 23/2022<br>227103 | Lawyer: AW  2.00 Hrs X 450.00<br>Work on response to Motion to<br>Convert | | | | 900.00 | 6925 | | | |
| Aug 24/2022<br>231399 | Lawyer: AW  2.00 Hrs X 450.00<br>Prepare for and attend Court on<br>Motion to Convert | | | | 900.00 | 6925 | | | |
| Sep  6/2022<br>225623 | Lawyer: AW  2.00 Hrs X 450.00<br>Work on amended Objection to<br>Claim, including TILA research | | | | 900.00 | 6925 | | | |
| Sep  8/2022<br>225832 | Lawyer: AW  0.50 Hrs X 450.00<br>T/C with Dawn Copely re:<br>settlement | | | | 225.00 | 6925 | | | |
| Oct 19/2022<br>231268 | Lawyer: AW  2.00 Hrs X 450.00<br>Prepare for and attend Court on<br>Claim Objection (1.00);<br>exchange of emails with Dawn<br>Copely re: discovery (.30);<br>T/C with Severino re financing<br>and status (.70) | | | | 900.00 | 6925 | | | |
| Nov  8/2022<br>228037 | Lawyer: AW  1.00 Hrs X 450.00<br>Preparation of Request for<br>Production of Documents to<br>Patten Family | | | | 450.00 | 6925 | | | |
| Nov 14/2022<br>229819 | Lawyer: AW  0.50 Hrs X 450.00<br>Exchange of emails with Dawn<br>Copely re: Notice to Produce<br>and Patten Motion to Quash same | | | | 225.00 | 6925 | | | |
| Nov 15/2022<br>228346 | Lawyer: AW  0.50 Hrs X 450.00<br>T/C with Dawn Copely re:<br>discovery dispute | | | | 225.00 | 6925 | | | |
| Dec 12/2022<br>231398 | Lawyer: AW  0.50 Hrs X 450.00<br>T/C with Severino re: Motion to<br>Convert and its consequences | | | | 225.00 | 6925 | | | |
| Feb  1/2023<br>231269 | Lawyer: AW  1.00 Hrs X 450.00<br>Prepare for and attend Court on<br>Motion to Sell and Motion to<br>Convert | | | | 450.00 | 6925 | | | |
| Feb  8/2023<br>231250 | Lawyer: AW  1.90 Hrs X 450.00<br>Telephone call with Severino<br>re: financing (1.0); Telephone<br>call with Andrew Ares re:<br>financing (0.20); Telephone<br>call with Copley re: financing<br>(0.5); Telephone call with<br>Hackney re: financing (0.20) | | | | 855.00 | 6925 | | | |
| Feb 10/2023<br>231251 | Lawyer: AW  0.50 Hrs X 450.00<br>Preparation of Motion for<br>Extension to respond to Motion<br>to Dismiss | | | | 225.00 | 6925 | | | |
| Mar 21/2023<br>231440 | Billing on Invoice 6925<br>FEES        7717.50 | | | 0.00 | | 6925 | | | |

(2) Unauthorized work. Reduced 100%.

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7717.50 | 0.00 | 0.00 | 7717.50 | 0.00 |

Case 22-00769   Doc 200   Filed 04/13/23   Entered 04/13/23 16:12:27   Desc Main
Document   Page 5 of 8

| Date | Received From/Paid To | | Chq# | | General | | Bld | | ---------- Trust Activity ---------- | |
| Entry # | Explanation | | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7717.50 | 0.00 | 0.00 | 7717.50 | 0.00 |

**9445   Severino, Joseph**
**9445-003        In Re: Joseph Severino -- Plan of Reorganizat                                    Resp Lawyer: AW**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Aug 18/2022 | Lawyer: AW  0.75 Hrs X 450.00 | | | | | | |
| 231403 | Review of Plan of Reorganization | | | 337.50 | 6925 | (2) Unauthorized work. Reduced 100%. | |
| Aug 23/2022 | Lawyer: AW  1.50 Hrs X 450.00 | | | | | | |
| 231404 | Revision to of Plan of Reorganization | | | 675.00 | 6925 | | |
| Aug 31/2022 | Lawyer: AW  1.00 Hrs X 450.00 | | | | | | |
| 231401 | T/C with Joseph Severino re: advancing Plan, including seustar revenues and"take-out" financing | | | 450.00 | 6925 | | |
| Sep  6/2022 | Lawyer: AW  1.00 Hrs X 450.00 | | | | | | |
| 225624 | T/C with Bill Avellone re: advancing plan (0.5); Exchange of emails with Severino re: Status (0.5) | | | 450.00 | 6925 | | |
| Sep 20/2022 | Lawyer: AW  0.40 Hrs X 450.00 | | | | | | |
| 231270 | Telephone call with Severino re: funding (0.20); telephone call with David Deen re: financing (0.20) | | | 180.00 | 6925 | | |
| Nov 15/2022 | Lawyer: AW  1.00 Hrs X 450.00 | | | | | | |
| 228348 | T/C with Bill Avellone re: status (.50); T/C with Severino re: status and strategy (.50) | | | 450.00 | 6925 | | |
| Feb 24/2023 | Lawyer: AW  1.00 Hrs X 450.00 | | | | | | |
| 231400 | T/C's with Severino re: reorganization and status | | | 450.00 | 6925 | | |
| Mar 21/2023 | Billing on Invoice 6925 | | | | | | |
| 231441 | FEES       2992.50 | | 0.00 | | 6925 | | |

| | | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | | TRUST |
| TOTALS | | | | | | | | | | | |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2992.50 | 0.00 | 0.00 | 2992.50 | | 0.00 |
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2992.50 | 0.00 | 0.00 | 2992.50 | | 0.00 |

**9445   Severino, Joseph**
**9445-004        In Re: Joseph Severino -- Relations with Wage                                     Resp Lawyer: AW**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep  7/2022 | Lawyer: AW  1.50 Hrs X 450.00 | | | | | |
| 231405 | Prepare initial draft of Adversary Complaint against Wage Claimants, Alfredo Trejo, Jose Najero and Andres Perez, | | 675.00 | 6925 | | |
| Mar 21/2023 | Billing on Invoice 6925 | | | | | |
| 231442 | FEES        675.00 | 0.00 | | 6925 | | |

| | | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | | TRUST |
| TOTALS | | | | | | | | | | | |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 675.00 | 0.00 | 0.00 | 675.00 | | 0.00 |
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 675.00 | 0.00 | 0.00 | 675.00 | | 0.00 |

**9445   Severino, Joseph**
**9445-005        In Re: Joseph Severino -- Sale of Oriole Prop                                      Resp Lawyer: AW**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Aug 18/2022 | Lawyer: AW  1.50 Hrs X 450.00 | | | | | | |
| 227097 | Preparation of Motion to Employ Real Estate (1.25); Review of July 2022 DIP Report (0.25) | | | 675.00 | 6925 | (2) Unauthorized work. Reduced 100%. | |
| Aug 23/2022 | Lawyer: AW  0.20 Hrs X 450.00 | | | | | | |
| 227106 | T/C with Nick Fallico, real estate broker, re: disinterested Affidavit | | | 90.00 | 6925 | | |
| Sep  7/2022 | Lawyer: AW  1.20 Hrs X 450.00 | | | | | | |
| 231273 | Prepare for and attend Court on Motion to Appoint DreamTown as real estate brokers (1.0); Email to DreamTown re: granting of Motion (0.20) | | | 540.00 | 6925 | | |
| Oct 17/2022 | Lawyer: AW  0.50 Hrs X 450.00 | | | | | | |
| 226974 | Exchange of emails with real estate broker, Nick Fallico, re: status | | | 225.00 | 6925 | | |
| Oct 25/2022 | Lawyer: AW  0.50 Hrs X 450.00 | | | | | | |
| 228112 | Long T/C with Joseph Severino re: status on Oriole | | | 225.00 | 6925 | | |
| Jan  3/2023 | Lawyer: AW  0.50 Hrs X 450.00 | | | | | | |
| 229865 | T/C with Severino re: Park Ridge sale status | | | 225.00 | 6925 | | |
| Jan  5/2023 | Lawyer: AW  2.25 Hrs X 450.00 | | | | | | |
| 229878 | Preparation of Motion to Sell Real Estate (1.75); T/C with Severino re: sale (.50) | | | 1012.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. | |
| Jan 11/2023 | Bankruptcy Court for the Northern | | | | | | |
| 229498 | Filing Fee for Motion to Sell Park Ridge, IL Property | 022879 | 188.00 | | 6925 | | |
| Mar 21/2023 | Billing on Invoice 6925 | | | | | | |
| 231443 | FEES        2992.50 | | 0.00 | | 6925 | | |
| | DISBS        188.00 | | | | | | |

| | | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|

| | | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | | | | |
| PERIOD | | 0.00 | 0.00 | 0.00 | 0.00 | 188.00 | 2992.50 | 0.00 | 0.00 | 3180.50 | 0.00 |
| END DATE | | 0.00 | 0.00 | 0.00 | 0.00 | 188.00 | 2992.50 | 0.00 | 0.00 | 3180.50 | 0.00 |

**9445   Severino, Joseph**
**9445-006    In Re: Joseph Severino -- Relations with Verb**      Resp Lawyer: AW

| Date Entry # | Explanation | Fees | Acc | Note |
|---|---|---|---|---|
| Sep 8/2022 225833 | Lawyer: AW   0.50 Hrs X 450.00 Exchange of emails with Bill Hackney re: settlement | 225.00 | 6925 | |
| Oct 14/2022 226991 | Lawyer: AW   0.75 Hrs X 450.00 Preparation of Agreed Order | 337.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Oct 17/2022 231274 | Lawyer: AW   0.70 Hrs X 450.00 Revisins to Hackney version of claim settlement Order (.50); T/C with Hackney re: same (.20) | 315.00 | 6925 | |
| Oct 18/2022 227010 | Lawyer: AW   0.50 Hrs X 450.00 Review of Hackney's revisions to Order resolving claim | 225.00 | 6925 | |
| Mar 21/2023 231444 | Billing on Invoice 6925 FEES    1102.50 | 0.00 | 6925 | |

| | | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNBILLED | | | | | BILLED | | | | BALANCES | |
| TOTALS | | | | | | | | | | | |
| PERIOD | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1102.50 | 0.00 | 0.00 | 1102.50 | 0.00 |
| END DATE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1102.50 | 0.00 | 0.00 | 1102.50 | 0.00 |

**9445   Severino, Joseph**
**9445-007    In Re: Joseph Severino -- Sale of Lake Forest**      Resp Lawyer: AW

| Date Entry # | Explanation | Rec# | Disbs | Fees | Acc | Note |
|---|---|---|---|---|---|---|
| Aug 23/2022 227018 | Bankruptcy Court Filing Fee for Motion to Sell Lake Forest Property | 022818 | 188.00 | | 6925 | |
| Aug 23/2022 227104 | Lawyer: AW   3.50 Hrs X 450.00 Preparation of Real Estate Contract (1.50); Preparation of Motion to Sell Real Property (2.00) | | | 1575.00 | 6925 | |
| Sep 13/2022 231275 | Lawyer: AW   0.50 Hrs X 450.00 T/C with Severino re: strategy | | | 225.00 | 6925 | |
| Sep 14/2022 231276 | Lawyer: AW   1.30 Hrs X 450.00 Court appearance on Severino Motion to Sell (1.00); T/ with Severino re: same and strategy (.30) | | | 585.00 | 6925 | |
| Sep 21/2022 231277 | Lawyer: AW   1.00 Hrs X 450.00 Prepare for and attend Court on status of sale | | | 450.00 | 6925 | |
| Sep 22/2022 231402 | Lawyer: AW   1.25 Hrs X 450.00 Long T/C with Severino re: status (0.5); T/Cs with Bill Avellone re: resolution of sale order (0.75) | | | 562.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Sep 27/2022 226134 | Lawyer: AW   1.55 Hrs X 450.00 Preparation of draft order on Motion to Sell (1.25); T/C with Dawn Copely re: same (.30) | | | 697.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Sep 29/2022 227231 | Lawyer: AW   1.00 Hrs X 450.00 T/C with Dawn Copely re: Order to sell (0.50); T/C with Severino re: call with Copely and Order to Sell (0.50) | | | 450.00 | 6925 | |
| Oct 14/2022 226990 | Lawyer: AW   0.75 Hrs X 450.00 Revisions to proposed Order of Sale | | | 337.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Oct 18/2022 227011 | Lawyer: AW   0.95 Hrs X 450.00 Revising Order approving sale (.50); review of Dawn Copely's version (.25); email exchnage with constitents re: resvised Order (.20) | | | 427.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Jan 16/2023 229977 | Lawyer: AW   0.70 Hrs X 450.00 T/C with Severino re: status (.50); exchange of email with Bill Avellone re: status (.20) | | | 315.00 | 6925 | |
| Jan 17/2023 231209 | Lawyer: AW   0.40 Hrs X 450.00 T/C with Jim Severino re: closing (.20); email to Dawn Copely and Bill Hackney requesting payoff letters (.20) | | | 180.00 | 6925 | |
| Jan 20/2023 231211 | Lawyer: AW   0.70 Hrs X 450.00 Numerous T/C's with Jim Severino re: funding | | | 315.00 | 6925 | |
| Jan 23/2023 231213 | Lawyer: AW   1.70 Hrs X 450.00 T/C's with Severino re: status of closing and Patton Family claim and settlement discussions and exchange of emails (1.50); T/C with Andrew Eres, attorney for Patton Family, re: settlement (.20) | | | 765.00 | 6925 | |
| Jan 24/2023 231219 | Lawyer: AW   3.70 Hrs X 450.00 Numerous T/C's and exchanges of emails with Severino re: financing status, payment to | | | 1665.00 | 6925 | |

Case 22-00769   Doc 200   Filed 04/13/23   Entered 04/13/23 16:12:27   Desc Main
Document   Page 7 of 8

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | --- General --- Rcpts   Disbs | Fees | Bld Inv# | \|----------- Trust Activity -----------\| Acc   Rcpts   Disbs   Balance |
|---|---|---|---|---|---|---|
| | Urbanos and Patten Family and status of Ch. 11 case (3.00); T/C with Bill Hackney re: financing (.50); T/C with Andrew Eres re: financing (.20); T/C and email with lender re: status (.50) | | | | | |
| Jan 25/2023 231408 | Lawyer: AW 1.00 Hrs X 450.00 Prepare for and attend court for status hearing on sale of property | | | 450.00 | 6925 | |
| Jan 26/2023 231218 | Lawyer: AW 1.50 Hrs X 450.00 T/C's with Severino re: status and settlement (.70); T/C's with Bill Avellone re: settlement (.50); exchange of emails with Andrew Eres re: settlement (.30) | | | 675.00 | 6925 | |
| Jan 27/2023 231252 | Lawyer: AW 0.70 Hrs X 450.00 T/C's with Severino re: settlement (.50); T/C with Dawn Copley re: Agreed Order (.20) | | | 315.00 | 6925 | |
| Jan 30/2023 231248 | Lawyer: AW 1.00 Hrs X 450.00 Revising the Proposed Agreed Order on Sale of Lake Forest | | | 450.00 | 6925 | |
| Jan 31/2023 230708 | Lawyer: DMJ 1.45 Hrs X 300.00 Prepare and revise amendment to real estate contract (.75); multiple emails and T/C's with client re: same (.70) | | | 435.00 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Jan 31/2023 231254 | Lawyer: AW 6.70 Hrs X 450.00 T/C's with Jim Severino re: an amendment to Real Estate Contract pursuant to demands of 1st and 2nd mortgagees for this amendment to support the proposed Agreed Order (2.00); drafting and revising 2nd Amendment to Contract (2.00); T/C's with David Jankura to assist in drafting and communicating with Severino and, if successful, in obtaining the signed 2nd Amendment of the Real Estate Contract and a subsequent tender to the 1st and 2nd mortgagees (2.00); T/C with Bill Hackney re: status on 2/1/23 hearing (.70) | | | 3015.00 | 6925 | |
| Feb 1/2023 231278 | Lawyer: AW 1.00 Hrs X 450.00 Prepare for and attend Court on Motion to Sell and Motion to Convert | | | 450.00 | 6925 | |
| Feb 8/2023 231086 | Lawyer: AW 1.90 Hrs X 450.00 Telephone call with Severino re: financing (1.0); Telephone call with Andrew Ares re: financing (0.20); Telephone call with Copley re: financing (0.5); Telephone call with Hackney re: financing (0.2) | | | 855.00 | 6925 | |
| Feb 8/2023 231280 | Lawyer: AW 1.00 Hrs X 450.00 Prepare for and attend Court on continued Motion to Sell and Motion to Convert | | | 450.00 | 6925 | |
| Feb 15/2023 231407 | Lawyer: AW 2.60 Hrs X 450.00 Prepare for and attend Court on status of sale (1.00); pre- and post-Court T/C's with Severino re: sale-related issues (1.00); T/C and exchanges of emails with Bill Hackney re: Urbanos' position on new Agreed Order (.60) | | | 1170.00 | 6925 | |
| Feb 16/2023 231256 | Lawyer: AW 2.50 Hrs X 450.00 T/C;s and emails with Severino re: financing issues (1.00); T/C's with Bill Hackney re: financing (.50); T/C with Bill Avellone re: financing (.50) | | | 1125.00 | 6925 | |
| Feb 17/2023 231257 | Lawyer: AW 1.95 Hrs X 450.00 T/C's with Severino and emails re: Agreed Order (1.25); T/C's and emails with Bill Hackney re: Agreed Order (.70) | | | 877.50 | 6925 | (1) Improper Time Increments for Billing. Reduced by .05 hours. |
| Feb 17/2023 231258 | Lawyer: AW 0.20 Hrs X 450.00 Exchange of emails with Severino re: Agreed Order | | | 90.00 | 6925 | |
| Feb 22/2023 231259 | Lawyer: AW 0.50 Hrs X 450.00 T/C's with Severino re: clarifications to title company | | | 225.00 | 6925 | |

| Date | Received From/Paid To | Chq# | | | | Bld | \|----------- Trust Activity -----------\| |
| Entry # | Explanation | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |

Mar 21/2023  Billing on Invoice 6925
   231445    FEES      19132.50                                      0.00              6925
            DISBS       188.00

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| TOTALS | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 188.00 19132.50 0.00 0.00 | 19320.50 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 188.00 19132.50 0.00 0.00 | 19320.50 | 0.00 |

**9445    Severino, Joseph**
**9445-008        In Re: Joseph Severino -- Obection to Claims**                                    **Resp Lawyer: AW**
Oct 12/2022  Lawyer: AW  1.50 Hrs X 450.00
   227295    Court appearance on objections                          675.00   6925
            to claims (1.00); T/C with Joe
            Severino re: status and
            strategy (.50)
Mar 21/2023  Billing on Invoice 6925
   231446    FEES       675.00                                       0.00              6925

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| TOTALS | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |

**9445    Severino, Joseph**
**9445-009        In Re: Joseph Severino -- Relations with SevS**                                    **Resp Lawyer: AW**
Dec 20/2022  Lawyer: AW  1.50 Hrs X 450.00
   229309    Preparation of Amended and                              675.00   6925
            Restated Operating Agreement
            and option to purchase for
            SevStar
Mar 21/2023  Billing on Invoice 6925
   231447    FEES       675.00                                       0.00              6925

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| TOTALS | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |

**9445    Severino, Joseph**
**9445-010        In Re: Joseph Severino -- Relations with Wint**                                    **Resp Lawyer: AW**
Mar  3/2023  Lawyer: AW  1.50 Hrs X 450.00
   231264    T/C's with Seveirno re:                                 675.00   6925
            treatment of Wintrust (1.00);
            conference call with Kurt
            Carlson and Severino re:
            treatment of Wintrust (.50)
Mar 21/2023  Billing on Invoice 6925
   231448    FEES       675.00                                       0.00              6925

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| TOTALS | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 0.00 675.00 0.00 0.00 | 675.00 | 0.00 |

**9445    Severino, Joseph**
**9445-011        In Re: James Severino -- Relations with IRS**                                    **Resp Lawyer: AW**
Mar  3/2023  Lawyer: AW  0.40 Hrs X 450.00
   231265    Exchange of emails with Revenue                         180.00   6925
            Office Hernandez re: workout
Mar 21/2023  Billing on Invoice 6925
   231449    FEES       180.00                                       0.00              6925

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| TOTALS | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 0.00 180.00 0.00 0.00 | 180.00 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 0.00 180.00 0.00 0.00 | 180.00 | 0.00 |

| | UNBILLED | | | | BILLED | | | | BALANCES | |
| FIRM TOTAL | CHE + RECOV + FEES = TOTAL | DISBS + FEES + TAX - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|
| PERIOD | 0.00 0.00 0.00 0.00 | 417.31 51330.00 0.00 5000.00 | 46747.31 | 0.00 |
| END DATE | 0.00 0.00 0.00 0.00 | 417.31 51330.00 0.00 5000.00 | 46747.31 | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                          Default
Advanced Search Filter                   None
Requested by                             ADMIN
Finished                                 Tuesday, March 21, 2023 at 08:54:10 PM
Ver                                      14.2.1 (14.2.20180703)
Matters                                  All
Clients                                  9445
Major Clients                            All
Client Intro Lawyer                      All
Matter Intro Lawyer                      All
Responsible Lawyer                       All
Assigned Lawyer                          All
Type of Law                              All
Select From                              Active, Inactive Matters
Matters Sort by                          Default
New Page for Each Lawyer                 No
New Page for Each Matter                 No
No Activity Date                         Dec/31/2199