# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-00769 |
| **Joseph Severino** | ) ) | Chapter 11 |
| Debtor. | ) ) | |
| | ) ) | Honorable Timothy A. Barnes |

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *William B. Avellone*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.   Pursuant to 11U.S.C. § 330(a), on April 12, 2023, the Court ordered compensation of $20,060.00 be awarded to the trustee.   These funds have not yet been paid by the debtor to the trustee.   I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Dated: April 24, 2023

/s/ *William B. Avellone*
William B. Avellone
Subchapter V Trustee
Chartered Management Company, Inc.
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
312-273-4004
bill.avellone@charteredmgt.com

**UST Form 101-11(v)-NDR C**